**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-30476

GRIMALDI CONSTRUCTION, INC.,
ET AL.,

Plaintiffs-Appellants,

versus

H. TOM ROBINSON, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-484-A)

January 8, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and DEMOSS, Circuit Judges.

PER CURIAM:[*]

Grimaldi Construction, Inc., *et al.*, appeal an adverse summary judgment in their action against H. Tom Robinson and American International Specialty Lines Insurance Company. Having considered the summary judgment record, briefs and oral arguments of counsel, and substantially for the reasons assigned and authorities cited by the district court in its Order and Reasons signed and filed April 18, 1997,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

we AFFIRM.